**Motion Granted and Amended Order filed December 14, 2011.**



In The

# Fourteenth Court of Appeals
————————

## NO. 14-11-01065-CV
————————

## IN RE ALERE WOMEN'S & CHILDREN'S HEALTH, LLC, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-09334**

---

## A M E N D E D   S T A Y   O R D E R

On December 12, 2011, relator, Alere Women & Children's Health LLC, filed a petition for writ of mandamus. *See* Tex. Gov't Code § 22.221. Relator asks this court to order the Honorable R. K. Sandhill, Judge of the 127th District Court of Harris County, to set aside his order dated December 12, 2011, entered in trial court cause number 2010-09334, styled *Adam Cortez, Individually and as Next Friend of Angela Cortez v. Alere Women's & Children's Health, LLC*. Relator claims that the trial court abused its discretion in striking relator's expert witnesses on the issues of negligence and causation.

Relator has also filed a motion for a temporary stay of the trial court's order and all proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. It appears from the facts stated

in the petition that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted.

On December 13, 2011, we therefore granted relator's motion and ordered the trial court's order issued December 12, 2011, and all proceedings in trial court cause number 2010-09334, styled *Adam Cortez, Individually and as Next Friend of Angela Cortez v. Alere Women's & Children's Health, LLC,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requested the real party in interest, Adam Cortez, Individually and as Next Friend of Angela Cortez, to file a response to the petition for writ of mandamus on or before 5:00 p.m., Thursday, December 15, 2011.

On December 14, 2011, on the parties' agreed motion, , we issue this **AMENDED ORDER MODIFYING OUR STAY** for the limited purpose of allowing Judge Sandill to excuse the jurors who were empanelled on December 12, 2011, pending resolution of this proceeding.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Brown and Christopher.